**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2313**

VERDESSA MCDOUGALD, individually and as a personal representative of the Estate of Tyree Woodson,

    Plaintiff - Appellant,

  v.

MATTHEW POW; JEFFREY CONVERSE, Detective, South West District/DDU, individually and in official capacity,

    Defendants - Appellees,

  and

MICHAEL SPINNATO, Detective, Baltimore City Police Department, Regional Warrant Apprehension Task Force (RWATF); STERLING PRICE, Sergeant, individually and in official capacity; EARL THOMPSON, Detective, WATF, individually and official capacity; MATTHEW DZAMBO; KEVIN CARVELL, Detective, South West District/DDU, individually and official capacity; ANTHONY W. BATTS, Former Police Commissioner for Baltimore City, individually and in official capacity as Former Commissioner,

    Defendants.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge. (1:17-cv-02898-SAG)

Submitted: June 15, 2021         Decided: July 20, 2021

Before GREGORY, Chief Judge, KING, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Latoya Francis-Williams, LAW OFFICE OF LATOYA A. FRANCIS-WILLIAMS, Randallstown, Maryland; A. Dwight Pettit, LAW OFFICE OF A. DWIGHT PETTIT, PA, Baltimore, Maryland, for Appellant. James L. Shea, Acting City Solicitor, Rachel Simmonsen, Co-Director, Michael Redmon, Co-Director, Appellate Practice Group, BALTIMORE CITY DEPARMENT OF LAW, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Verdessa McDougald appeals the district court's order granting Appellees summary judgment on McDougald's state law wrongful death and survival claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McDougald v. Pow*, No. 1:17-cv-02898-SAG (D. Md. Nov. 3, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*